UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN RUSSELL POWELL,
    Plaintiffs,

Vs.    Case No: 3:08-CV-00449

HARRY R. MCNESBY, Sheriff
of Escambia County, Florida; Chief
Deputy Sheriff LARRY SMITH,
Deputy Sheriff REX BLACKBURN,
MICHAEL SWINEHART POLITICAL,
INC., a Georgia for profit corporation
registered to do business in the State
of Florida, MICHAEL T. SWINEHART,
in his individual capacity; and JIMMY R.
CALHOON, in his individual capacity
    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, John Russell Powell, by and through the undersigned attorney, and hereby gives this Notice and of Voluntary Dismissal with prejudice of the above-styled cause in that same is dismissed against Harry R. McNesby, Sheriff of Escambia County, Florida; Chief Deputy Sheriff Larry Smith, and Deputy Sheriff Rex Blackburn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to all attorneys of record in the above captioned case by CM/ECF Service this 4th day of June 2009.

    /s/ Eric D. Stevenson
    Eric D. Stevenson
    David Lee Sellers, P.A.
    919 North 12th Avenue
    Pensacola, Florida 32501
    Telephone:  (850) 434-3111
    Fax:  (850) 434-1188
    Florida Bar No. 144495