IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN RUSSELL POWELL,

    Plaintiff,

vs.                                                 CASE NO.: 3:08-CV-00449

HARRY R. MCNESBY, Sheriff
of Escambia County, Florida; Chief
Deputy Sheriff LARRY SMITH,
Deputy Sheriff REX BLACKBURN,
MICHAEL SWINEHART POLITICAL,
INC., a Georgia for profit corporation
registered to do business in the State
of Florida MICHAEL T. SWINEHART,
in his individual capacity; and JIMMY R.
CAHOON, in his individual capacity,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JOHN RUSSELL POWELL and Defendants, HARRY R. MCNESBY, Sheriff of Escambia County, Florida; Chief Deputy Sheriff LARRY SMITH, Deputy Sheriff REX BLACKBURN, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this cause with prejudice as to HARRY R. MCNESBY, Sheriff of Escambia County, Florida; Chief Deputy Sheriff LARRY SMITH, Deputy Sheriff REX BLACKBURN, with each party to bear its own attorney's fees and costs.

*S/ James R. Murray*
James R. Murray
Fla. Bar No.:   0299162
JAMES R. MURRAY, P.A.
420 East Pine Avenue
Crestview, Florida 32536
Tel:     (850)682-6165
Fax:    (850) 682-8343

*S/ Eric D. Stevenson*
Eric D. Stevenson
Florida Bar No. 144495
DAVID LEE SELLERS, P.A.
919 N. 12th Avenue
Pensacola, Florida 32501
Tel:     (850) 434-3111
Fax:    (850)469-0043

*Attorneys for Plaintiff*

*S/ Keith C. Tischler*
Keith C. Tischler
Fla. Bar No.:   0334081
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Tel:     (850) 422-0282
Fax:    (850) 422-1913

*Attorney for Defendants McNesby, Smith and Blackburn*