UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN RUSSELL POWELL,
        Plaintiff,

Vs.                        Case No: 3:08-CV-00449

**MICHAEL SWINEHART POLITICAL,
INC.**, a Georgia for profit corporation
registered to do business in the State
of Florida, **MICHAEL T. SWINEHART**,
in his individual capacity; and **JIMMY R.
CALHOON**, in his individual capacity.
        Defendants
_____/

## SWORN AFFIDAVIT
## OF TIM KEMP

Your Affiant is Tim Kemp who is the Police Chief of the Hartsville Police Department located in Hartsville, South Carolina. Your affiant has been the Police Chief of the Hartsville Police Department for 7 years. Your Affiant has 28 years of experience as a law enforcement professional.

I knew John R. Powell when he was the Chief of Police of the Hartsville Police Department. I worked under Mr. Powell during the time that he was Chief of Police and determined that he was well qualified for the position of Chief. After Mr. Powell left the Hartsville Police Department to become the Chief of Police of the Wilson Police

1

000224

Department in Wilson, North Carolina, I became the Chief of the Hartsville Police Department.

In September, 2004 an individual contacted me at the Hartsville Police Department and informed me that he was conducting a background investigation on John R. Powell for Escambia County, Florida. I can not remember the individual's name but recall that he informed me that he was a former FBI agent. When I determined that the questions he was asking about Mr. Powell related to personal information, I terminated the conversation with him.

After the individual left, I notified John R. Powell of the contact by this individual with me.

Done this 18 day of August, 2009 in Darlington County, Hartsville, South Carolina.

_____
Tim Kemp

Tim Kemp appeared before me this 18 day of August, 2009 with identification and swore/affirmed that the above statement is true and correct.

_____
Notary Public

My commission expires: 05-03-2011

000226

3