# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN RUSSELL POWELL,**
    Plaintiff,

Vs.                        Case No: 3:08-CV-00449

**MICHAEL SWINEHART POLITICAL,
INC.**, a Georgia for profit corporation
registered to do business in the State
of Florida, **MICHAEL T. SWINEHART**,
in his individual capacity; and **JIMMY R.
CALHOON**, in his individual capacity.
                        Defendants
_____/

## SWORN AFFIDAVIT
## OF JIMMY TANT

Your Affiant is Jimmy Tant who was the Chief Deputy of the Wilson County Sheriff's Office until his retirement in 2002. Your Affiant has 29 years of experience as a law enforcement officer.

I met John R. Powell while serving as the Chief Deputy of the Wilson County Sheriff's Office after he became the Chief of the Wilson Police Department in Wilson, North Carolina. After retiring from the Wilson County Sheriff's Office, I became employed by the Century Uniform Company.

000221

1

I submitted bids for uniform products to the Wilson Police Department while John R. Powell was the Chief of Police. I am aware that other uniform companies also submitted bids. Because I was the low bidder on some of the "Request for Bids," Century Uniform Company was awarded some of the contracts.

I never provided John R. Powell with any compensation for having been awarded uniform contracts from the Wilson Police Department. My definition of compensation includes money, travel or gratuities of any kind.

During my employment with the Wilson County Sheriff's Office, my wife was also employed by the Sheriff's Office. John R. Powell's wife became employed with the Wilson County Sheriff's Office after her arrival in Wilson, North Carolina. Mr. Powell's wife and my wife became friends and as a result of that friendship the two families would spend time together to include travel on occasion. I never underwrote or paid for any of the Powells' travel. Each couple paid for their own travel expenses.

As a law enforcement professional, I was able to assess Mr. Powell's performance and ethical conduct while he was employed by the Wilson Police Department. During the time that he was Chief of

000228

2

the Wilson Police Department, I developed a respect for his abilities and code of ethics. I never observed any behavior on the part of Mr. Powell that cause me any concern as a retired law enforcement professional.

Done this _18_ day of August, 2009 in Wilson County, North Carolina.

_____
Jimmy Tant

Jimmy Tant appeared before me this _21st_ day of August, 2009 with identification and swore/affirmed that the above statement is true and correct.

_____
Notary Public

My commission expires:

May 9 2014

000229

3