UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN RUSSELL POWELL,**
      Plaintiff,

Vs.                              Case No: 3:08-CV-00449

**MICHAEL SWINEHART POLITICAL,
INC.**, a Georgia for profit corporation
registered to do business in the State
of Florida, **MICHAEL T. SWINEHART**,
in his individual capacity; and **JIMMY R.
CALHOON**, in his individual capacity.
      Defendants
_____/

## SWORN AFFIDAVIT
## OF DON OLIVER

Your Affiant is Don Oliver who is the Fire Chief of the Wilson Fire Department located in Wilson, North Carolina. Your affiant has been the Fire Chief of the Wilson Fire Department for 17 years. Your Affiant has 42 years of experience as a fireman and emergency management professional.

I know John R. Powell and worked with him when he was the Chief of Police of the Wilson Police Department.

During the time that John R. Powell was police chief, his department and the Wilson Fire Department entered into a joint operation to create an emergency management vehicle that would

1

serve all of the law enforcement and fire agencies in Wilson County, North Carolina.

The emergency management vehicle consisted of a tow vehicle and a trailer. A copy of an article that appeared in the August, 2005 EF&P magazine describing the vehicle, its design and its capabilities is attached as Exhibit "A" which is hereby incorporated into and made a part of this affidavit.

The police department agreed to use a portion of its asset forfeiture funds to purchase the body for the tow vehicle. This emergency management vehicle belongs to the City of Wilson and is not used as a fire truck.

All of the funds that were expended by my department and that of the city police department were processed through normal accounting channels with the City of Wilson. The expenditures were approved by the City of Wilson. The expenditures have also been audited and no problems were revealed with the use of funds for the emergency management vehicle.

The Wilson Police Department has used the emergency management vehicle on significantly more occasions than the Wilson Fire Department.

Done this 11th day of August, 2009 in Wilson County, North Carolina.

_____
Don Oliver

Don Oliver appeared before me this 11th day of August, 2009 with identification and swore/affirmed that the above statement is true and correct.

_____
Jackie L. Bass
Notary Public

My commission expires: My Commission expires January 02, 2011